IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JOGINDER KAUR, | |
| Plaintiff, | No. 1:15-cv-7962 |
| v. | |
| STEEPLE HILL cONDOMINIUM ASSOCIATION, MUJAHID RAZVI, SAMIR PATEL, SYED RAZA, MOHAMMED ASADULLAH, STEPHANIE STEFANOVA, PROPERTY MANAGEMENT TECHNIQUES INCORPORATED and BRIAN PREGLER, | Hon. Charles R. Norgle |
| Defendants. | |

## **DISMISSAL**

Plaintiff, Joginder Kaur, by and through her attorneys, William Chatt and Robert Prince, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, dismisses this matter with prejudice.

Respectfully Submitted,
JOGINDER KAUR

/S/ William O. Chatt
William O. Chatt (6291467)
Robert M. Prince (6300598)
16w34383rd Street Suite A
Burr Ridge, IL 60527
PH: (630) 326-4930
FX: (630) 214-0227
bchatt@chattprince.com
rprince@chattprince.com