

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JOGINDER KAUR, ) | |
| ) | |
| Plaintiff, ) | No. 15-CV-7962 |
| ) | |
| v. ) | Hon. Charles R. Norgle |
| ) | |
| STEEPLE HILL CONDOMINIUM ) | |
| ASSOCIATION et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's motion for voluntary dismissal with prejudice [44] is granted. Civil case terminated.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: March 26, 2018